UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWART JOSEPH,<br>    Plaintiffs,<br><br>       v.<br><br>EQUIFAX INFORMATION SOLUTIONS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DISCOVER FINANCIAL SERVICES, INC.,<br>    Defendants. | No. 24-cv-10421-DLC |

**REPORT AND RECOMMENDATION ON JOINT MOTION TO DISMISS**

CABELL, Ch. U.S.M.J.

    Plaintiff Stewart Joseph brings this action against three consumer reporting agencies (the defendants Equifax Information Solutions, LLC ("Equifax"), Transunion, LLC ("Transunion"), and Experian Information Solutions, Inc. ("Experian")) for *inter alia* failing to ensure accurate credit reports concerning the plaintiff in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, et seq. He also asserts an FCRA claim against Discover Financial Services, Inc. ("Discover") for not conducting a reasonable investigation of the disputed credit information. (D. 1). In response, Discover filed a counterclaim based on the

plaintiff's failure to repay amounts owed on a credit card Discover issued to him, in breach of the card member agreement.  (D. 27).

In a series of joint stipulations under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) between the plaintiff on the one hand, and Equifax, Transunion, Experian, and Discover ("the defendants") on the other, the parties agreed to dismiss the plaintiff's claims against the defendants with prejudice, with each party bearing their own attorneys' fees and costs.  (D. 23, 31, 35).  The plaintiff and Discover also agreed to dismiss Discover's counterclaim in their joint stipulation.  (D. 31).  With all the claims and the counterclaim resolved, it is appropriate to dismiss this action pursuant to the terms of the stipulations.

Accordingly, per the foregoing, this court orders the case redrawn for reassignment to a district judge and **RECOMMENDS**[1] upon reassignment that the district judge dismiss the case with prejudice, with each party bearing their own attorneys' fees and costs in accordance with the terms of the parties' stipulations.

---

[1] The parties are advised that, under Federal Rule of Civil Procedure 72(b), any party who objects to this recommendation must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the First Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation.  *See Keating v. Sec'y of Health and Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983).

```
                                        /s/ Donald L. Cabell
                                     DONALD L. CABELL, Ch. U.S.M.J.


Dated:   June 25, 2024
```